**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 11** |
| | : | |
| **NO. 1 CONTRACTING CORPORATION,** | : | **Case No. 5:10-BK-01755** |
| | : | |
| **Debtor** | : | **(John J. Thomas, U.S.B.J.)** |
| | : | |
| **AUSTIN POWDER COMPANY,** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | **Contested Matter** |
| | : | |
| **NO. 1 CONTRACTING CORPORATION,** | : | |
| **Debtor,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER GRANTING RELIEF TO AUSTIN**
**POWDER CORPORATION FROM AUTOMATIC STAY**

Motion of Austin Powder Corporation for Relief from the Automatic Stay (the "Motion") having come before the Court and counsel for the Debtor, No. 1 Contracting Corporation having concurred in the relief sought therein, and the Court having considered the Motion; and it appearing that good and sufficient notice has been given; and after due deliberation and sufficient cause being demonstrated for the entry hereof, it is

ORDERED AND DECREED that Motion be and is hereby granted in all respects; and, it is

FURTHER ORDERED AND DECREED that the automatic stay of Section 362 of Title 11 of the United States Code is hereby vacated to permit Austin Powder Company ("Austin Powder") to prosecute the District Court Action (as defined in the Motion), reserving to these proceedings the enforcement of any judgment obtained therein against the Debtor.

By the Court,

John J. Thomas, Bankruptcy Judge
(BC)

Dated: July 28, 2010